THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MOE ABELSON, Appellant.

*People* v. *Abelson*, 162 App. Div. 674, affirmed.
(Argued May 29, 1916; decided June 13, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1914, upon an order which reversed a judgment of the Court of Special Sessions of the city of New York sustaining a demurrer to an information and overruled such demurrer. The information was as fol-

lows: "Be it remembered that I, Charles S. Whitman, District Attorney of the County of New York, by this information accuse the above-named defendant of the crime of keeping a room to be used for gambling, committed as follows: At the City of New York, in the County of New York, the said defendant, on the 9th day of November, 1913, kept a room to be used for gambling." The Court of Special Sessions held that the demurrer should be sustained on the ground that the information was fatally defective in that it failed to state the acts constituting the crime.

*Robert M. Moore* for appellant.

*Edward Swann, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.